**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

JOHN MINNINGER, D/B/A
JFF TRANSPORTATION COMPANY                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:06cv167-HTW-JCS

BARKSDALE BONDING
AND INSURANCE, INC., ET AL.                                                    DEFENDANT

### ORDER GRANTING REMAND

Before the court is the motion of the defendants to remand this case to the

County Court of Hinds County, Mississippi.  The plaintiff agrees that this case should

be remanded, having submitted an affidavit stating that his claims, if successful, do

not merit an award in excess of $75,000.00 actual and punitive damages, exclusive of

interest and costs.  Therefore, in light of the foregoing, this case is hereby remanded

to the County Court of Hinds County, Mississippi.

          **SO ORDERED** this the 31st day of May, 2006.

                                        s/ HENRY T. WINGATE

                                        CHIEF UNITED STATES DISTRICT JUDGE